FILED IN OPEN COURT
ON 1-14-2013

Julie A. Richards, Clerk
US District Court
Eastern District of NC

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:12-CR-48-1-FL

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | ORDER |
| JERMAINE RAY LUCAS, ) | |
| ) | |
| Defendant. ) | |

This matter comes now before this Court on oral motion of the United States, by and through the United States Attorney for the Eastern District of North Carolina, to allow the transfer of custody of the exhibits described below to Jason Corprew of Wilson Police Department.

IT IS HEREBY ORDERED that the following exhibits admitted into evidence on January 14, 2013, be transferred to Jason Corprew to be retained in his custody until this case is completed, including any matters on appeal:

| Gov't. Exhibit No.: | Description Of the Evidence: |
|---|---|
| 5 | Crack |
| 6 | 6g Crack |
| 7 | Packaging for Exhibit #6 |
| 8 | .4g Crack |
| 9 | Digital Scale |
| 10 | Digital Scale |
| 11 | Plastic Bag |

| | |
|---|---|
| 12 | Phoenix Arms .25 |
| 13 | Phoenix Arms .25 Ammo |
| 14 | Plastic Bags/Glass Vial |
| 17 | Winchester .22 Rifle |

SO ORDERED this the 14th day of January, 2013.

_____
Louise W. Flanagan
United States District Judge

SO ACKNOWLEDGED:

_____
Jason Corprew, Agent, Wilson Police Department

_____
Jennifer E. Wells, Assistant U.S. Attorney

2