UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

UNITED STATES OF AMERICA

vs.

CASE NO: 5:12-CV-48-1-FL

JERMAINE RAY LUCAS

### ORDER

In order that deliberations may continue without interruption, the court has directed the deputy clerk to provide lunch for the jurors. The cost of this meal totals $51.44. The clerk is DIRECTED to have the vendor providing the meal direct bill the Clerk's Office for the sum of $51.44.

01/16/2013
Date

LOUISE W. FLANAGAN
United States District Judge